Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
1755 East Plumb Lane, Suite 107
Reno, NV 89502
(775) 786-1555
(775) 786-5228 (fax)
Attorney for Plaintiffs, ANNETTE PIERCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE PIERCE,<br><br>    Plaintiff,<br><br>v.<br><br>SHIVDEEP S. BHINDER d/b/a "US GAS" and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:08-CV-02924 FCD-DAD<br><br>ORDER OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF [FRCP 41(a)(1)] |

Plaintiff ANNETTE PIERCE hereby voluntarily dismisses this matter in so much as no Answer or Motion for Summary Judgment has been filed by any defendant and no appearance has been made on behalf of any defendant.

Therefore, this matter should be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated: May 14, 2009                                /s/ Jeffery A. Briggs
                                                               Jeffery A. Briggs, Attorney for Plaintiff,
                                                               ANNETTE PIERCE

**IT IS SO ORDERED.**

Dated: May 14, 2009                                                    _____
                                                   FRANK C. DAMRELL, JR.
                                                  UNITED STATES DISTRICT JUDGE